IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DANIELE DEPAOLIS, | ) | |
| Plaintiff, | ) | Civil Action No. 7:12-cv-00103 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| HAROLD CLARK, et al., | ) | By:   Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

By Order entered March 9, 2012, the court directed plaintiff to file an Amended Complaint that complies with Rules 8 and 10, Fed. R. Civ. P, and to file financial documents to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915(a).  The Order advised plaintiff that failing to respond within twenty days would result in the dismissal of the action without prejudice.

More than twenty days have passed, and plaintiff has not complied with the March 9, 2012, Order or contacted the court.  Accordingly, the court dismisses the action without prejudice for failing to comply with the court's March 9, 2012, Order and for failing to prosecute this action.  Plaintiff may refile his claims in a new and separate action at a time of his choice.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

Entered:  May 7, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge