IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DANIELE DEPAOLIS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:12-cv-00103 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD CLARK, et al., | ) | By:   Hon. Michael F. Urbanski |
|     Defendants. | ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: May 7, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge